1  BENJAMIN B. WAGNER
   United States Attorney
2  BENJAMIN E. HALL (SBN 219924)
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Defendants

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

11 TREMONTE PROPERTIES, LLC, a    )   Case No. 1:11-cv-01076-OWW-SKO
   California limited liability  )
12 company,                       )   **STIPULATION FOR DISMISSAL;**
                                  )   **ORDER**
13         Plaintiff,             )
                                  )
14     vs.                        )
                                  )
15 UNITED STATES OF AMERICA;      )
   FEDERAL BUREAU OF              )
16 INVESTIGATION; and DOES 1-10   )
                                  )
17         Defendants.            )
                                  )

18

19     IT IS HEREBY STIPULATED by and between the parties to the

20 above-captioned action, through their designated counsel, that

21 this action be dismissed without prejudice pursuant to Rule

22 41(a), Federal Rules of Civil Procedure.

23                                  Respectfully submitted,

24 Dated: July 11, 2011.            BENJAMIN B. WAGNER
                                    United States Attorney
25

26                              By:   /s/ Benjamin E. Hall
                                    BENJAMIN E. HALL
27                                  Assistant U.S. Attorney
                                    Attorneys for Defendants
28

                                    1

Dated: July 11, 2011.                    MOTSCHIEDLER, MICHAELIDES &
                                         WISHON, LLP

                                         [Authorized 7/11/2011]

                                    By:  /s/ Justin D. Harris
                                         JUSTIN D. HARRIS
                                         Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

**Dated:   July 11, 2011**              **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE